UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.G.,<br><br>       Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA<br>(FEDERAL BUREAU OF PRISONS),<br><br>      Defendant. | Case No.  26-cv-00610-RFL<br><br>**REFERRAL FOR PURPOSE OF<br>DETERMINING RELATIONSHIP**<br>Re: Dkt. No. 1 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is **REFERRED** to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *A.L. v. United States of America et al.*, 4:24-cv-06580-YGR.

**IT IS SO ORDERED.**

Dated: January 26, 2026

RITA F. LIN
United States District Judge

1